**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00760-CV

**HARTFORD ACCIDENT AND INDEMNITY CO., Appellant**

**V.**

**SEAGOVILLE PARTNERS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01975**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **GRANT** appellant's petition for permission to appeal interlocutory order. A notice of appeal is deemed to have been filed under rule 26.1(b) of the Texas Rules of Appellate procedure as of today's date. *See* TEX. R. APP. P. 28.3(k). Pursuant to the accelerated timetable, the record is due **TEN DAYS** from the date of this order. *See* TEX. R. APP. P. 35.1(b).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Felicia Pitre, Dallas County District Clerk, and all counsel of record.

/s/ ELIZABETH LANG-MIERS
JUSTICE